# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand and fourteen.

_____

United States of America,

Appellee,

v.

Trevor Cole, Dominique Jean Philippe,

Defendants-Appellants.

_____

**ORDER**
Docket Nos.  14-391(L)
                      14-463(con)

David Touger moves to be relieved as counsel for Appellant Trevor Cole and requests that newly retained counsel be allowed to file his notice of appearance in this appeal.

IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Substitute counsel must file a notice of appearance in this matter within 14 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

