# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 12-cr-00802(KBF) App. Case #14-463   **Caption [use short title]**

**Motion for:** The appointment of new counsel

**Set forth below precise, complete statement of relief sought:**

The appointment of new counsel on appeal on the grounds that: 1. Defendant wishes to raise an ineffective assistance of counsel argument. 2. Defendant is bereft of funds with which to pay current counsel.

U.S. v. Dominique Jean-Philippe

**MOVING PARTY:** Dominique Jean-Philippe
- ☐ Plaintiff   ☐ Defendant
- ☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** United States of America

**MOVING ATTORNEY:** Benjamin Heinrich, Esq.
Benjamin Heinrich, P.C.
189 East 163rd Street
Bronx, New York 10451
Tel.: 718-588-4400

**OPPOSING ATTORNEY:** AUSA Parvin Moyne
United States Attorney's Office, SDNY
One St. Andrews Plaza
New York, New York 10007
Tel. 212-637-2510

**Court-Judge/Agency appealed from:** United States District Court, SDNY-Hon. Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this Court? ☐ Yes ☑ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:** [signature]   **Date:** 3/13/14   **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is GRANTED DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)

UNITED STATES COURT OF APPEALS for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

At a stated Term of the United States Court of Appeals, in and for the Second Circuit, held at the United States Courthouse, in the City of New York, on the 13th day of March, 2014.

-----------------------------------------------------------X
UNITED STATES OF AMERICA,                : App# 14-463
                                         : Affirmation Seeking to Relieve
         -v.-                            : Current Counsel and Assign New
                                         : Counsel on Appeal.
DOMINIQUE JEAN-PHILIPPE                  :      Case No.: 12-cr-00802-KBF
-----------------------------------------------------------X

STATE OF NEW YORK    }
                SS.: }
COUNTY OF BRONX      }

BENJAMIN HEINRICH, ESQ. duly deposes and affirms, under the penalties of perjury:

I am the attorney who represented the above named Appellant/Petitioner in the District Court below. The appellant has expressed extreme dissatisfaction with me as counsel; as per his affidavit and as to matters relating to the Appeal of Judgment against him. The appellant has, among other issues expressed his desire to make an "ineffective assistance of Counsel" argument (see Appellant/Petitioner's affidavit dated March 13, 2014.

**WHEREFORE,** your affiant requests that this Court relieve me as Counsel on Appeal for Appellant/Petitioner and appoint new Counsel to represent his interests on Appeal.

_____
BENJAMIN HEINRICH, ESQ.

Sworn to before me this 24th day of March, 2014

_____
NOTARY PUBLIC

URSULA A. TORRUELLA
Notary Public - State of New York
No. 01TO6137141
Qualified in Bronx County
My Comm. Expires Nov. 14, 2009

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT:
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

            -V.-

DOMINIQUE JEAN PHILIPPE,
            Defendant.
-------------------------------------------------------------------X

AFFIDAVIT
Docket# 12-CR-00802 KBF

*App. Case No. 14-463*

DOMINIQUE JEAN-PHILIPPE, being duly sworn deposes and states the following to be true, under the penalties of perjury:

1. That, I am the Appellant/Petitioner so named above.
2. That, I am hereby seeking to have Benjamin Heinrich, Esq. relieved as Counsel on my appeal and have new counsel appointed on my appeal.
3. That, the reason I am seeking Benjamin Heinrich's removal from my case is that I feel that I was not properly represented by Benjamin Heinrich during the course of my prosecution, including the Fatico Hearing and Sentencing. We have had a strong disagreement concerning my prosecution and the manner in which it was handled.
4. That, I am currently incarcerated and bereft of any financial resources and family support; and cannot afford to pay for an attorney.

**Wherefore**, I respectfully request that this Court grant my application and appoint new Counsel to represent me on my appeal.

Dated: Kings County, New York
~~February~~ *MARCH*, 2014

_____
DOMINIQUE JEAN-PHILIPPE

Sworn to before me this *15* day of *March*, 2014

_____
NOTARY PUBLIC

Joseph P. Dwyer
Notary Public - State of New York
Qualified in Suffolk County
Commission Expires JAN. 08 2015
No. 01DW6053328

**Form 6**

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_U.S.A_ v. _Dominique Jean-Philippe_

No. _12CR-00802 KBF_

### Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing. Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable "(N/A), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, _Dominique Jean-Philippe_, am the Petitioner/Appellant in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following: _ineffective Counsel, P.S.I. criminal History assessment inaccurate - excessive sentence_

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |

114

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
|  | You | Spouse | You | Spouse |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| N/A | N/A | N/A | N/A |

4. Are you presently incarcerated? ✓ Yes ____ No  If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

5. How much cash do you and your spouse have? $ None

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | N/A | $ None | $ None |
|  |  | $ | $ |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Other assets (Value) |
|---|---|---|
| None | None | None |

| Other assets (Value) | Motor vehicle #1 Make, model & year: | Motor vehicle #2 Make, model & year: |
|---|---|---|
| None | N/A | N/A |
| None | Value: 0 | Value: 0 |
| None | Registration #: N/A | Registration #: N/A |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person, business or organization owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | 0 | 0 |

116

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

8. State the persons who rely on you or your spouse for support:

| Initials of Person | Relationship | Age |
|---|---|---|
| Z.T.P. | Son | 6 mos old |
| N.Y.P. | Daughter | 1 yr old |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real estate taxes included? ___Yes ✓No |  |  |
| Is property insurance included? ___Yes ✓No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor vehicle | $ 0 | $ N/A |
| Other: _____ | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ N/A |

117

|  | You | Your spouse |
|---|---|---|
| Installment payments | | |
| Motor vehicle | $ 0 | $ N/A |
| Credit card (name): None | $ 0 | $ N/A |
| Department store (name): N/A | $ 0 | $ N/A |
| Other: N/A | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): N/A | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 0 | $ N/A |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

___Yes  ✓ No      If yes, describe on an attached sheet.

11. Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

___Yes  ✓ No      If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

12. Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

___Yes  ✓ No      If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

13. Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

Because I am Suds and Incorporated

Form 6A

FORM 6A. Supplemental in Forma Pauperis Form for Prisoners

# SUPPLEMENTAL IN FORMA PAUPERIS FORM FOR PRISONERS

AUTHORIZATION FORM

I, _Dominique Jean-Philippe_ request and authorize the agency holding me in custody, to send to the Clerk of the United States Court of Appeals for the Federal Circuit a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with an appeal, and I understand that the total appellate filing fees for which I am obligated are $450 or $455. I also understand that these fees will be debited from my account regardless of the outcome of my appeal. This authorization shall apply to any other agency into whose custody I may be transferred.

_3/12/14_  
/Date/

_[signature]_  
Petitioner's/Appellant's Signature

You must sign and date above. You must also complete the following Disclosure and sign and date the Declaration Under Penalty of Perjury below.

## DISCLOSURE OF PRIOR FEDERAL ACTIONS

If you are presently incarcerated, have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? _____ Yes __✓__ No

If so, how many times? _____

Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? _____ Yes __✓__ No

If so, how many of them? _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

_3/12/14_  
/Date/

_[signature]_  
Petitioner's/Appellant's Signature

cc: _____

120

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

14. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? ___Yes  √ No   If yes, state the name and docket number of that case.

_____

15. State the address of your legal residence:
    Jail
_____

Your daytime phone number: (   ) N/A
Your age: 34        Your years of schooling: 11th grade
and some community colleg courses

You must sign and date the declaration under penalty of perjury.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answers on this form are true and correct.

3/12/14                              [signature]
Date                                 Petitioner's/Appellant's Signature

cc: Dominique Jean-Philippe

### ORDER OF THE COURT

The motion to proceed in forma pauperis is DENIED.  The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED.  Let the applicant proceed without prepayment of the docketing fee.

_____  _____        _____  _____
Circuit Judge or Clerk    Date         Circuit Judge or Clerk    Date

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America  v.

Dominique Jean-Philippe

**CERTIFICATE OF SERVICE**
Docket Number: __12-cr-00802__

I, __Benjamin Heinrich, P.C.__ , hereby certify under penalty of perjury that on
(name)
__March 13, 2014__ , I served a copy of _____ seeking removal of counsel and
(date)
__to have new counsel appointed.__
(list all documents)

by (select all applicable)*    ECF Filing
✓ United States Mail
__ Federal Express
__ Overnight Mail
__ Facsimile
✓ E-mail
__ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

United States Attorney's Office, A.U.S.A Parvin Moyne, One St. Andrews Plaze, New York, NY 10007

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| United States Attorney's Office, A.U.S.A Donald Sini, One St. Andrews Plaza, New York, NY 10007 | | | | |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Dominique Jean-Philippe | MDC | 80 29th Street, Brooklyn, NY | | 11232 |

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|

March 28, 2014
Today's Date                                    Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form