# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand and fourteen.

_____

United States of America,

Appellee,

v.

Trevor Cole, Dominique Jean Philippe,

Defendants-Appellants.

_____

**ORDER**
Docket Nos. 14-391(L)
14-463(con)

Benjamin Heinrich moves to be relieved as counsel for Appellant Dominique Jean Philippe.

IT IS HEREBY ORDERED that the motion to be relieved is GRANTED.  Julia P. Heit, Law Office of Julia Heit, 142 East 16th Street, New York, NY 10003, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.  Attorney Heit is directed to review Local Rule 12.2 regarding the filing of Form B and Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

