**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

<u>**TO BE COMPLETED BY ATTORNEY:**</u>

**CASE NAME:** _____ v.

_____

**DOCKET NUMBER:** _____

**COUNSEL'S NAME:** _____

**COUNSEL'S ADDRESS:** _____

_____

**COUNSEL'S PHONE:** _____

**QUESTIONNAIRE**

[\_\_\_]   I am ordering a transcript.

[\_\_\_]   I am not ordering a transcript.   Reason: [\_\_\_] Daily copy available  [\_\_\_] U.S. Atty. placed order
          [\_\_\_]Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[\_\_\_]   Pre-trial proceedings:_____
                                  (Description & Dates)

[\_\_\_]   Trial:_____
                                  (Description & Dates)

[\_\_\_]   Sentencing:_____
                                  (Description & Dates)

[\_\_\_]   Post-trial proceedings:_____
                                  (Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
       (counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment: [\_\_\_] Funds     [\_\_\_] CJA Form 24

_____              _____
            Counsel's Signature                                                Date

<u>**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**</u>

**ACKNOWLEDGMENT**

Date order received: _____           Estimated Number of Pages: _____

Estimated completion date: _____

_____              _____
         Court Reporter's Signature                                             Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**