United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 31, 2014
Docket #: 14-463cr
Short Title: United States of America v. Cole (Jean-Philippe)

DC Docket #: 1:12-cr-802-2
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8572.